■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL ROGERS, Also Known as TRAMEIL GREEN, Also Known as ALFRED PARKER, Appellant. (Appeal No. 2.) [17 NYS3d 360]— Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered November 21, 2011. The judgment convicted defendant, upon his plea of guilty, of predatory sexual assault and rape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Green* ([appeal No. 1] 132 AD3d 1268 [2015]). Present—Smith, J.P., Carni, Lindley, Valentino and DeJoseph, JJ.